Case 4:25-cv-02417   Document 33   Filed 02/09/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAYDEN L. KANNEDY and THIEN TONY HOANG TRAN, § § § § | |
| *Plaintiffs,* § § | Civil Action No. 4:25-cv-2417 |
| v. § § | |
| HARRIS COUNTY COMMISSIONERS COURT, HARRIS COUNTY CONSTABLE'S OFFICE, HOUSTON POLICE DEPARTMENT (HPD), HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE (HCDAO), HARRIS COUNTY CLERK'S OFFICE, CITY OF HOUSTON, and HARRIS COUNTY, § § § § § § § § § § | |
| *Defendants.* | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

The Court has received from the Magistrate Judge a Report and Recommendation (Document No. 32) recommending that this lawsuit be dismissed with prejudice for Plaintiffs' intentional failure to file an amended complaint and to serve the required amended complaint on Defendants, although Plaintiffs were given ample time to do so. The deadline for objections to the Magistrate Judge's Report and Recommendation has passed, and Plaintiffs filed no objection.

After having made a *de novo* determination of the Magistrate Judge's Report and Recommendation entered on January 14, 2026

(Document No. 32), the Court finds that the opinion of the Magistrate Judge is correct and should be and hereby is accepted in its entirety.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Report and Recommendation of the United States Magistrate Judge signed and filed on January 14, 2026 (Document No. 32), which is adopted in its entirety as the opinion of this Court, that this case is DISMISSED WITH PREJUDICE.

It is so ORDERED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 9th day of February, 2026.

*Ewing Werlein, Jr.*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE